No. 471. THE HENRY DuBOIS SONS COMPANY, CLAIMANT, ETC., PETITIONER, *v.* THE STEAM TUG EUGENE F. MORAN, MICHAEL MORAN, CLAIMANT, ET AL.; and No. 472. THE HENRY DuBOIS SONS COMPANY, CLAIMANT, ETC., PETITIONER, *v.* THE NEW YORK CENTRAL & HUDSON RIVER RAILROAD COMPANY ET AL. October 18, 1909. Petition for

writs of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. James Emerson Carpenter* and *Mr. Samuel Park* for petitioner. *Mr. William S. Montgomery, Mr. Archibald G. Thacher* and *Mr. Charles C. Burlingham* for respondents.